GEORGE R. HANN AND ELMER KING, RECEIVERS OF MOR-
RIS COUNTY TRACTION COMPANY, PROSECUTORS, v.
STATE BOARD OF TAXES AND ASSESSMENT ET AL.,
DEFENDANTS.

Submitted May term, 1929—Decided November 14, 1929.

Before Justices TRENCHARD, LLOYD and CASE.

For the prosecutors, *King & Vogt.*

For the defendants, *Duane E. Minard.*

PER CURIAM.

This is on motion for the allowance of a writ of *certiorari*
to review the proceedings of the state board of taxes and
assessment against the Morris County Traction Company for
the 1928 franchise tax. The tax was assessed under the 1906
street railroad corporation franchise tax. The principles in-
volved are similar to those of the proceeding with like title,
wherein, at the present term of court, we reviewed, under
*certiorari,* the 1928 tax of the Morris County Traction Com-
pany assessed on gross receipts of 1927 under chapter 25 of
the laws of 1919. We have examined the briefs and proofs
submitted under the above caption, and, following the rea-
soning of the last mentioned proceeding, we have concluded
that the writ of *certiorari* shall not be allowed.